UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  18-53964-sms |
| | ) | |
| BARABARA HARRIS RAMSEY, | ) | CHAPTER  13 |
| | ) | |
| Debtor. | ) | JUDGE SAGE M. SIGLER |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF ALL NOTICES**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Gregory M. Taube of Nelson Mullins Riley & Scarborough LLP, hereby enters his appearance as counsel for Creditor Hayat Mongodin in the above-styled case and further requests service of papers pursuant to Bankruptcy Rules 2002 and 3017(a). The undersigned counsel hereby puts all parties in interest on notice that he requests that the Clerk of the Court place the undersigned counsel on the Master Service List in this case and that all counsel of record provide the undersigned counsel with copies of all notices, pleadings and other filings made in the above-captioned matter including, without limitation, notices of any applications, complaint, demand, hearing, motion, order, pleadings, or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.  The Clerk and all counsel

of record are requested to direct all written or telephone correspondence to the undersigned counsel at the following address and telephone number:

> Gregory M. Taube
> Nelson Mullins Riley & Scarborough
> 201 17th Street, NW, Suite 1700
> Atlanta, Georgia  30363
> (404) 322-6000 (Phone)
> (404) 322-6050 (Fax)
> greg.taube@nelsonmullins.com

This 9th day of October, 2018.

> /s/ Gregory M. Taube
> Gregory M. Taube
> Georgia Bar No. 699166
>
> Attorneys for Hayat Mongodin

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW, Suite 1700
Atlanta, Georgia 30363
(404) 322-6000 (Phone)
(404) 322-6050 (Fax)
greg.taube@nelsonmullins.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  18-53964-sms |
| | ) | |
| BARABARA HARRIS RAMSEY, | ) | CHAPTER  13 |
| | ) | |
| Debtor. | ) | JUDGE SAGE M. SIGLER |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing *NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES* with the Clerk of Court using the CM/ECF system that will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Howard P. Slomka | Albert Clark Guthrie |
| Slipakoff & Slomka, PC | Mary Ida Townson, Chapter 13 Trustee |
| Overlook III – Suite 1700 | 191 Peachtree Street NE |
| 2859 Paces Ferry Road, SE | Suite 2200 |
| Atlanta, GA  30339 | Atlanta, GA  30303-1740 |

This 9th day of October, 2018.

/s/ Gregory M. Taube
Gregory M. Taube
Georgia Bar No. 699166

Attorneys for Hayat Mongodin

3

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW, Suite 1700
Atlanta, Georgia 30363
(404) 322-6000 (Phone)
(404) 322-6050 (Fax)
greg.taube@nelsonmullins.com